No. 82–200. WIDGERY *v.* UNITED STATES. C. A. 8th Cir. Motion of petitioner to defer consideration of the peti-

tion for writ of certiorari denied. Certiorari denied.